**Electronically Filed**
**Supreme Court**
**SCWC-15-0000577**
**01-FEB-2018**
**01:21 PM**

SCWC-15-0000577

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EVELYN K. SCHOLES AND EVELYN WONG AS CO-TRUSTEES OF THE SCHOLES
FAMILY TRUST DATED SEPTEMBER 18, 2003,
Petitioners/Plaintiffs-Appellees,

vs.

KIYOSHI KAWAGUCHI AND SUNG SOOK KAWAGUCHI,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000577; CIVIL NO. 1RC15-1-2486)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellees' application for writ

of certiorari, filed on December 20, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 1, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

